IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

RODNEY DOTSON,

    Plaintiff,

v.

                                                                             Case No. 2:18-cv-2066-MSN-cgc

FAYETTE COUNTY SCHOOLS,
MARLON KING, NEKITA JOHNSON,
JOHN DOES 1-5, JANE DOES 1-5,

    Defendants.

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**
_____

Before the Court is the Magistrate Judge's Report and Recommendation on In Forma Pauperis Screening Pursuant to 28 U.S.C. § 1915, dated November 7, 2018 ("**Report**"). (ECF No. 9.) The Report recommends that Plaintiff Rodney Dotson's *pro se* complaint against Defendants Fayette County Schools, Marlon King, Nekita Johnson, John Does 1-5, and Jane Does 1-5 be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or

recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *See id.* at 151.

The deadline to object to the Report has passed, and Plaintiff has filed no objections. The Court has reviewed the Report for clear error and finds none. For the foregoing reasons, the Court **ADOPTS** the Report and **DISMISSES** with prejudice Plaintiff's complaint. Moreover, the Court **CERTIFIES** that any appeal by Plaintiff in this matter would not be taken in good faith, and therefore, Plaintiff may not proceed on appeal *in forma pauperis*.

**IT IS SO ORDERED**, this 6th day of February, 2019.

s/Mark S. Norris
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE